AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)  ☐ Original  ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

LODGED
CLERK, U.S. DISTRICT COURT
6/9/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: MMC    DEPUTY



FILED
CLERK, U.S. DISTRICT COURT
JUN - 9 2025
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

United States of America,

v.

CHRISTIAN DAMIAN CERNA CAMACHO,

Defendant.

Case No.  2:25-MJ-03522-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, Adam N. Gallegos, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of June 7, 2025, in the county of Los Angeles in the Central District of California, the defendant violated:

*Code Section*

18 U.S.C. § 111

*Offense Description*

Assault on a Federal Officer

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
Complainant's signature

Adam N. Gallegos, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 6/9/2025

Judge's signature

City and state: Los Angeles, California

Hon. Jacqueline Chooljian, U.S. Magistrate Judge
Printed name and title

AUSA: Joshua J. Lee x3183

## AFFIDAVIT

I, Adam N. Gallegos, being duly sworn, declare and state as follows:

### I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant for Christian Damian CERNA CAMACHO ("CERNA CAMACHO") for violating Title 18, United States Code, Section 111 (Assault on a Federal Officer).

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only and all dates and times are on or about those indicated.

### II. BACKGROUND OF SPECIAL AGENT ADAM N. GALLEGOS

3. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), and have been since February 2020. I am currently assigned to the Orange County, California Field Office.

4. As part of my daily duties as an HSI Special Agent, my responsibilities include the investigation of criminal violations, to include violations related to assault on federal officers. I have also received training and have conducted

and/or assisted in investigations involving the violation of laws pertaining to drug trafficking, bulk cash smuggling, money laundering, gangs, human trafficking, and child exploitation. I am a graduate of the Criminal Investigator Training Program and the HSI Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to my career as an HSI Special Agent, I was employed by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") as an Intelligence Research Specialist. I was employed with the ATF since October of 2016.

### III. STATEMENT OF PROBABLE CAUSE

5. Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

**A. Protest at HSI Office in Paramount, California**

6. At approximately 10:00 a.m., on Saturday, June 7, 2025, a group of individuals began to gather in front of the office complex located at 6321 Alondra Boulevard in Paramount, California. That complex houses an HSI office, and the group of individuals appeared to be gathering to protest federal immigration enforcement operations that took place on June 6, 2025. The size of the group grew steadily, and eventually individuals in the group turned violent and began trying to gain entry into the secured office complex. As a result, agents from the United States Border Patrol ("USBP") were mobilized to respond to the scene and prevent the violent agitators from entering the office complex.

7. According to three USBP agents who responded to the scene, USBP agents were attempting to drive USBP cars into the office complex through the large group that was gathered outside. As they did so, a male, later identified as CERNA CAMACHO, wearing a black t-shirt with "ACDC" clearly visible, was observed in the crowd. According to multiple law enforcement sources, CERNA CAMACHO was seen standing on cars and yelling at law enforcement, using profanity and threatening language towards law enforcement, and attempting to agitate the crowd.

8. At some point during the protest, two females (later identified as A. RODRIGUEZ and J. RODRIGUEZ) stood in front of USBP cars in an apparent attempt to prevent the USBP cars from entering the office complex.

9. USBP agents told both A. RODRIGUEZ and J. RODRIGUEZ to stop blocking the cars, but both women ignored those commands. As a result, USBP agents exited their cars to physically move both women from the path of the USBP cars. When a USBP agent attempted to move A. RODRIGUEZ, she resisted and broke free. Once she was free, she turned and shoved the agent with both of her hands. Then, as a group of USBP agents moved toward A. RODRIGUEZ to place her under arrest, J. RODRIGUEZ grabbed the arm of one of those USBP agents in an apparent effort to prevent the USBP agent from arresting A. RODRIGUEZ. Ultimately, both A. RODRIGUEZ and J. RODRIGUEZ were placed under arrest, loaded into USBP cars, and detained inside the HSI office inside the office complex.

10. In the wake of the arrests of A. RODRIGUEZ and J. RODRIGUEZ, CERNA CAMACHO approached USBP Agent E.M. who was positioned outside the office complex.

### B. CERNO CAMACHO Threatens and Sucker Punches Law Enforcement

11. According to USBP Agent E.M., CERNA CAMACHO being very aggressive with him, telling USBP that he had "guns" and that he was going to get them, come back, and shoot all of "you motherfuckers." Shortly after, CERNA CAMACHO "got in the face" of USBP Agent E.M. and punched USBP Agent in the face using his left hand. Immediately after, CERNA CAMACHO fled into the crowd. USBP agents attempted to pursue CERNA CAMACHO but were blocked from doing so by fellow protestors.

12. On June 8, 2025, I was notified by USBP that CERNA CAMACHO had been positively identified. USBP sent me pictures of the male agitator who struck USBP Agent E.M. who USBP believed to be CERNA CAMACHO, and USBP also sent me a picture of CERNA CAMACHO's California driver's license photograph. I compared the two photographs and determined that they depicted the same individual.

13. On June 8, 2025, USBP also sent me a screenshot of Instagram account "american_cerna." USBP informed me that they believed this account belonged to the male that struck USBP Agent E.M. I accessed the Instagram account via public means and saw several videos posted of USBP agents at a protest on June 7, 2025. In the video, the director of the video was audibly cursing at USBP agents, similar to the actions of the

4

male described by USBP Agent E.M.  Further, I viewed screen captures of the posts within the Instagram account and saw a Mercedes sedan that bore a strong resemblance to the Mercedes sedan that the male who struck the USBP agent was standing on.

14.  I then viewed CERNA CAMACHO's Instagram "story" and viewed a male, whom I believe to be the same male that struck USBP Agent E.M. in the face, talking about injuries sustained during a protest on June 7, 2025.  I compared the image of the male with the male that struck USBP Agent E.M. in the face and determined them to be the same person.  I then compared this image to CERNA CAMACHO's California driver's license photograph and determined them to be the same person.

15.  On Monday, June 9, 2025, I contacted USBP Agent E.M.  I asked USBP Agent E.M. if the male who punched USBP Agent E.M. looked like the individual depicted in the California driver's license photograph.  USBP Agent E.M. said, "Yes."

///

///

## IV. CONCLUSION

16. For all the reasons described above, there is probable cause to believe that CERNA CAMACHO committed a violation of Title 18, United States Code, Section 111 (Assault on a Federal Officer).

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 9th day of June 2025.

_____
HON. JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE